

United States Department of State

*Washington, D.C. 20520*

April 2, 2019

Case No.: F-2017-17100

Eric Lipton
The New York Times
1617 I Street, NW, #700
Washington, DC 20006

Dear Mr. Lipton:

In response to your request dated November 15, 2017, under the Freedom of Information Act (the "FOIA"), 5 U.S.C. § 552, the Department of State has retrieved five responsive records responsive to your request. After reviewing these records, we have determined that all five may be released in part.

An enclosure explains the FOIA exemptions and other grounds for withholding material. Where we have made excisions, the applicable exemptions are marked on each document. All non-exempt material that is reasonably segregable from the exempt material has been released. In some instances, two or more exemptions may apply to the same document. All released material is enclosed. The processing of your case is ongoing.

If you have any questions, your attorney may contact Assistant United States Attorney Joseph Cordaro at joseph.cordaro@usdoj.gov. Please refer to the request case number, F-2017-17100, and the civil action number, 19-cv-00645, in all correspondence about this request.

Sincerely,

Susan C. Weetman
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures: As stated.