

**United States Department of State**

*Washington, D.C.  20520*

May 1, 2019

Case No: F-2017-17100

Segment: LIT-0001 & L/EFD-0001

Eric Lipton
The New York Times
16171 I St. NW #700
Washington, DC 20006

Dear Mr. Lipton:

I refer to our letter dated April 2, 2019, regarding the release of certain Department of State material under of the Freedom of Information Act (the "FOIA"), 5 U.S.C. § 552.  The processing of records has yielded three additional documents responsive to your request.  After reviewing these documents, we have determined that all three may be released in part.

An enclosure explains the FOIA exemptions and other grounds for withholding material.  Where we have made excisions, the applicable exemptions are marked on each document.  All non-exempt material that is reasonably segregated from the exempt material has been released, and is enclosed.

This completes the processing of your request.  If you have any questions, your attorney may contact Joseph Coradaro at Joesph.Cordaro@usdoj.gov or (212) 637-2745.  Please refer to the case number, F-2017-17100, and the civil action number, 19-cv-00645, in all correspondence regarding this case.

Sincerely,

Susan C. Weetman
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures:  As stated