

United States Department of State

*Washington, D.C.   20520*

May 21, 2019

Case No.:   F-2017-17100
Segments:   LIT-0001 & L/EFD-0001

Eric Lipton
The New York Times
16171 I St. NW #700
Washington, DC 20006

Dear Mr. Lipton:

I refer you to our letter dated May 1, 2019, regarding the release of material under the Freedom of Information Act (the "FOIA"), 5 U.S.C. § 552. Upon further review of three records, it was determined that additional information could be segregated and released. The updated versions of these documents are enclosed. An enclosure explains the FOIA exemptions and other grounds for withholding material. Where we have made excisions, the applicable exemptions are marked on each document. All non-exempt material that is reasonably segregable from the exempt material has been released.

If you have any questions, your attorney may contact Peter Aronoff at Peter.Aronoff@usdoj.gov or (212) 637-2697. Please refer to the case number, F-2017-17100, and the civil action number, 19-cv-00645, in all correspondence regarding this case.

Sincerely,

Susan C. Weetman
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures: As stated