C06704926 IED U.S. Department of State  Case No. F-2017-17100  Doc No. C06704926  Date: 05/21/2019

| | |
|---|---|
| **From:** | Browne, Noah </o=SBUState/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Browne, Noah93e> |
| **Sent:** | Monday, October 23, 2017 8:46 AM |
| **To:** | Huitema, David P <HuitemaDP@state.gov> |
| **Subject:** | FW: Secretary Chao's Visit to China |

**RELEASE IN PART
B5,B6**

David,                                                                                    **B5**

-----Original Message-----
From: Felsing, Evan T (Beijing)
Sent: Saturday, October 21, 2017 3:53 AM
To: Browne, Noah
Subject: Fw: Secretary Chao's Visit to China

Noah,

                                                                                           **B5**

Evan

Sent from my BlackBerry 10 smartphone.
  Original Message
From: Kan, Derek (OST) <derek.kan@dot.gov>
Sent: Saturday, October 21, 2017 11:31
To: Felsing, Evan T (Beijing); Inman, Todd (OST); Furman, Jon (OST); McInerney, Marianne (OST); Traini, Joseph (OST); Abraham, Julie (DOT); Taylor-Hoes, Ronale
Cc: Leiby, Thomas J (Beijing); Olszowka, Adam R (Beijing); Cook, Marc S; Beijing Econ Unit Chiefs; Fritz, Jonathan D (Beijing); Leou, Nancy W (Shanghai); Whitaker, Frank (Beijing); Kao, Pauline A (Shanghai); Davis, Pierce M (Beijing); Smith, M Hanscom (Hanscom); Voyles, Halima K; Brust, Frederick E; Klein, Christopher C; Browne, Noah
Subject: RE: Secretary Chao's Visit to China

We've been working with Ethics throughout this planning process.                          **B5**

As you may know,

-----Original Message-----
From: Felsing, Evan T (Beijing) [mailto:FelsingET@state.gov]
Sent: Friday, October 20, 2017 7:15 PM
To: Kan, Derek (OST) <derek.kan@dot.gov>; Inman, Todd (OST) <todd.inman@dot.gov>; Furman, Jon (OST) <jon.furman@dot.gov>; McInerney, Marianne (OST) <marianne.mcinerney@dot.gov>; Traini, Joseph (OST) <Joseph.Traini@dot.gov>; Abraham, Julie (OST) <Julie.Abraham@dot.gov>; Taylor-Hoes, Ronale <Ronale.Taylor-Hoes@dot.gov>
Cc: Leiby, Thomas J (Beijing) <LeibyTJ@state.gov>; Olszowka, Adam R (Beijing) <OlszowkaAR@state.gov>; Cook, Marc S <CookMS2@state.gov>; Beijing Econ Unit Chiefs <BeijingEconUnitChiefs@state.gov>; Fritz, Jonathan D (Beijing) <FritzJD@state.gov>; Leou, Nancy W (Shanghai) <LeouNW@state.gov>; Whitaker, Frank (Beijing) <WhitakerFJ@state.gov>; Kao, Pauline A (Shanghai) <KaoPA@state.gov>; Davis, Pierce M (Beijing) <DavisPM@state.gov>; Smith, M Hanscom (Hanscom) <SmithMH@state.gov>; Voyles, Halima K <VoylesHK@state.gov>; Brust, Frederick E <BrustFE@state.gov>; Klein, Christopher C <KleinCC@state.gov>; Browne, Noah <BrowneN@state.gov>
Subject: Re: Secretary Chao's Visit to China

Derek,

Great, please let us know as soon as the ethics office review is complete                 **B5**
                                                    We can then proceed with planning for this schedule.  Our ethics office
may follow up with their DOT colleagues if they have any questions. Thanks again.

New York Times Co., v. Dept of State Civil
Action No. 19-cv-00645
Stein Declaration
Exhibit 07

C06704926 IED U.S. Department of State  Case No. F-2017-17100  Doc No. C06704926  Date: 05/21/2019

Evan

Sent from my BlackBerry 10 smartphone.
From: Kan, Derek (OST)
Sent: Saturday, October 21, 2017 04:46
To: Felsing, Evan T (Beijing); Inman, Todd (OST); Furman, Jon (OST); McInerney, Marianne (OST); Traini, Joseph (OST); Abraham, Julie (DOT); Taylor-Hoes, Ronale
Cc: Leiby, Thomas J (Beijing); Olszowka, Adam R (Beijing); Cook, Marc S; Beijing Econ Unit Chiefs; Fritz, Jonathan D (Beijing); Leou, Nancy W (Shanghai); Whitaker, Frank (Beijing); Kao, Pauline A (Shanghai); Davis, Pierce M (Beijing); Smith, M Hanscom (Hanscom); Voyles, Halima K; Brust, Frederick E; Klein, Christopher C; Browne, Noah
Subject: RE: Secretary Chao's Visit to China

Evan,
Thanks for the note and thanks to Mission China for all of their hard work.  As AMB Branstad discussed with the Secretary a few weeks back, this is a unique opportunity to help U. S. Embassy access some of the highest levels of leadership in China and we are happy to help you to make this happen.

Regarding the participants for high-level meetings, we will have SEC Chao, AMB.                      **B5**
                                              me, and Admiral Mark Buzby (MARAD Administrator).  These    **B5**
meetings will also be staffed by Julie Abraham from X.                                                  **B6**
                                                                                                        **B6**



In terms of the topics,                                                                                **B5**



Further, it would be great to get a sense if Mission China has any issues they wish for us to put on the agenda.  We are happy   **B5**
to have the Secretary raise any matters the AMB/US Embassy wish.                                        **B5**


Regarding due diligence and ethics officials, we've been conferring with our ethics officer and have a couple of loose ends to wrap up.  Thanks for the heads up.
Let us know if you need anything else.  We'll give you a call later tonight.  Thanks again for your support.
Derek


From: Felsing, Evan T (Beijing) [mailto:FelsingET@state.gov]
Sent: Friday, October 20, 2017 1:56 AM
To: Kan, Derek (OST) <derek.kan@dot.gov>; Inman, Todd (OST) <todd.inman@dot.gov>; Furman, Jon (OST) <jon.furman@dot.gov>; McInerney, Marianne (OST) <marianne.mcinerney@dot.gov>; Traini, Joseph (OST) <Joseph.Traini@dot.gov>; Abraham, Julie (OST) <Julie.Abraham@dot.gov>; Taylor-Hoes, Ronale <Ronale.Taylor-Hoes@dot.gov>
Cc: Leiby, Thomas J (Beijing) <LeibyTJ@state.gov>; Olszowka, Adam R (Beijing) <OlszowkaAR@state.gov>; Cook, Marc S <CookMS2@state.gov>; Beijing Econ Unit Chiefs <BeijingEconUnitChiefs@state.gov>; Fritz, Jonathan D (Beijing) <FritzJD@state.gov>; Leou, Nancy W (Shanghai) <LeouNW@state.gov>; Whitaker, Frank (Beijing) <WhitakerFJ@state.gov>; Kao, Pauline A (Shanghai) <KaoPA@state.gov>; Davis, Pierce M (Beijing) <DavisPM@state.gov>; Smith, M Hanscom (Hanscom) <SmithMH@state.gov>; Voyles, Halima K <VoylesHK@state.gov>; Brust, Frederick E <BrustFE@state.gov>; Klein, Christopher C <KleinCC@state.gov>; Browne, Noah <BrowneN@state.gov>
Subject: Secretary Chao's Visit to China

DOT Colleagues:

Mission China looks forward to Secretary Chao's upcoming visit to                              from October 29-    **B5**
November 5 and to assisting in any way possible.  We are confident that her visit will be a great success.

In order to proceed with our efforts to set up Secretary Chao's official meetings, we need to know the identities of all

C06704926   IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704926  Date: 05/21/2019

participants and the subject matter of the meetings.  It would be very helpful if we could get confirmation from you in writing.

We will also need to conduct our own due diligence for these meetings here at the Embassy.  Part of that process involves contacting our State Department ethics officials, and it's likely that they will reach out to DOT's ethics office.  If you've already been in touch with your ethics officials, please provide us with a name.  Otherwise, our ethics officials will reach out to your ethics officials in the course of normal due diligence.

Again, we look forward to supporting Secretary Chao's visit and ensuring that it is a success.  Given the short time frame we are all facing, we hope that you can provide us with the requested information in writing by COB, Friday, October 20.

Best regards,


Evan Felsing |冯以宏
Minister Counselor for Economic Affairs|经济参赞
U.S. Embassy Beijing, Economic Section | 美国驻华大使馆经济处
E-mail | 电邮 ：FelsingET@state.gov<mailto:FelsingET@state.gov>


SBU
This email is UNCLASSIFIED.

**Official**
**UNCLASSIFIED**

C06704929IED U.S. Department of State  Case No. F-2017-17100  Doc No. C06704929  Date: 04/02/2019

| **From:** | Browne, Noah </o=SBUState/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Browne, Noah93e> | |
|---|---|---|
| **Sent:** | Thursday, October 19, 2017 4:27 PM | **RELEASE IN PART** |
| **To:** | Harris, Robert K <HarrisRK2@state.gov> | **B5** |
| **Cc:** | Briggs, Jamie M <Briggsjm2@state.gov>; Donnelly, Elizabeth A <DonnellyEA@state.gov> | |
| **Subject:** | RE: Secretary Chao - Ethics Question | |

No problem.  And great work by the folks on the ground in China in spotting this potential issue.

**Official**
**UNCLASSIFIED**

**From:** Harris, Robert K
**Sent:** Thursday, October 19, 2017 4:05 PM
**To:** Browne, Noah
**Cc:** Briggs, Jamie M; Donnelly, Elizabeth A
**Subject:** RE: Secretary Chao - Ethics Question

Noah,

Hi.  Thanks so much for your help on this.

Bob

**From:** Browne, Noah
**Sent:** Thursday, October 19, 2017 3:05 PM
**To:** Voyles, Halima K; Briggs, Jamie M; Felsing, Evan T (Beijing); Donnelly, Elizabeth A; Harris, Robert K; Mann, Judy H
**Cc:** Leiby, Thomas J (Beijing); Fritz, Jonathan D (Beijing); Beijing Econ Unit Chiefs; Davis, Pierce M (Beijing); Cook, Marc S; Leou, Nancy W (Shanghai); Smith, M Hanscom (Hanscom); Stone, Laura M; Brust, Frederick E; Klein, Christopher C; Kao, Pauline A (Shanghai); Whitaker, Frank (Beijing); Stein, Sean B; Davis, Pierce M (Beijing)
**Subject:** RE: Secretary Chao - Ethics Question

Hi all,

Thanks for flagging this issue and looping us in.

B5

UNCLASSIFIED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704929  Date: 04/02/2019

C06704929 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704929  Date: 04/02/2019

Please let me know how DOT responds and if we can further assist.

Best
Noah

**Noah L. Browne**
Attorney-Adviser
Ethics and Financial Disclosure (L/EFD)
Office of the Legal Adviser
United States Department of State
(202)-663-3097

**Official - SBU**
**UNCLASSIFIED**

**From:** Voyles, Halima K
**Sent:** Thursday, October 19, 2017 1:44 PM
**To:** Briggs, Jamie M; Felsing, Evan T (Beijing); Martin, Janice N; Andrews, Sharon H; Donnelly, Elizabeth A; Harris, Robert K; Browne, Noah; Mann, Judy H
**Cc:** Leiby, Thomas J (Beijing); Fritz, Jonathan D (Beijing); Beijing Econ Unit Chiefs; Davis, Pierce M (Beijing); Cook, Marc S; Leou, Nancy W (Shanghai); Smith, M Hanscom (Hanscom); Stone, Laura M; Brust, Frederick E; Klein, Christopher C; Kao, Pauline A (Shanghai); Whitaker, Frank (Beijing); Stein, Sean B; Davis, Pierce M (Beijing)
**Subject:** RE: Secretary Chao - Ethics Question

Jaime –                                                                                                          B5

                    Tom/Evan – please advise if you've heard otherwise.

**Official - SBU**
**UNCLASSIFIED**

**From:** Briggs, Jamie M
**Sent:** Thursday, October 19, 2017 1:39 PM
**To:** Felsing, Evan T (Beijing); Martin, Janice N; Andrews, Sharon H; Donnelly, Elizabeth A; Harris, Robert K; Browne, Noah; Mann, Judy H
**Cc:** Leiby, Thomas J (Beijing); Fritz, Jonathan D (Beijing); Beijing Econ Unit Chiefs; Davis, Pierce M (Beijing); Cook, Marc S; Leou, Nancy W (Shanghai); Smith, M Hanscom (Hanscom); Stone, Laura M; Brust, Frederick E; Voyles, Halima K; Klein, Christopher C; Kao, Pauline A (Shanghai); Whitaker, Frank (Beijing); Stein, Sean B; Davis, Pierce M (Beijing)
**Subject:** RE: Secretary Chao - Ethics Question

Hi, Evan.  Thank you very much for bringing this to our attention.   We're looping in a couple of colleagues from
our ethics office, Judy Mann and Noah Browne,                                                        B5

                                                                                                          B5

Best,
Jamie

C06704929 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704929  Date: 04/02/2019

**Official - SBU**
**UNCLASSIFIED**

**From:** Felsing, Evan T (Beijing)
**Sent:** Thursday, October 19, 2017 3:30 AM
**To:** Martin, Janice N; Andrews, Sharon H; Briggs, Jamie M; Donnelly, Elizabeth A; Harris, Robert K
**Cc:** Leiby, Thomas J (Beijing); Fritz, Jonathan D (Beijing); Beijing Econ Unit Chiefs; Davis, Pierce M (Beijing); Cook, Marc S; Leou, Nancy W (Shanghai); Smith, M Hanscom (Hanscom); Stone, Laura M; Brust, Frederick E; Voyles, Halima K; Klein, Christopher C; Kao, Pauline A (Shanghai); Whitaker, Frank (Beijing); Stein, Sean B; Davis, Pierce M (Beijing)
**Subject:** Secretary Chao - Ethics Question

Dear L colleagues,

Greetings from Beijing.  I am writing you because Mission China is in the midst of preparing for a visit from Department of Transportation Secretary Elaine Chao and ⬚                                                        B5
⬚

⬚                                                                                                                                               B5

Secretary Chao is scheduled to arrive in Beijing on October 29, so this is very time sensitive.  We look forward to receiving your guidance as soon as possible.

Best regards,

Evan Felsing |冯以宏
**Acting Minister Counselor for Economic Affairs|经济参赞**
U.S. Embassy Beijing, Economic Section | 美国驻华大使馆经济处
E-mail | 电邮： FelsingET@state.gov
Tel | 电话：(86-10) 8531-3163

C06704929    IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704929  Date: 04/02/2019

SBU
This email is UNCLASSIFIED.

C06704930 IED U.S. Department of State  Case No. F-2017-17100  Doc No. C06704930  Date: 04/02/2019

| | |
|---|---|
| **From:** | Huitema, David P <HuitemaDP@state.gov> |
| **Sent:** | Thursday, October 19, 2017 2:31 PM |
| **To:** | Browne, Noah <BrowneN@state.gov> |
| **Cc:** | Mann, Judy H <MannJH@state.gov> |
| **Subject:** | RE: Secretary Chao - Ethics Question |

**RELEASE IN PART
B5**

Thanks.  Janice was copied on the original message and she forwarded this to me.  Do you have a moment to discuss?

**Official - SBU
UNCLASSIFIED**

**From:** Browne, Noah
**Sent:** Thursday, October 19, 2017 1:47 PM
**To:** Huitema, David P
**Cc:** Mann, Judy H
**Subject:** FW: Secretary Chao - Ethics Question

David – can we chat about this?

B5

**Official - SBU
UNCLASSIFIED**

**From:** Voyles, Halima K
**Sent:** Thursday, October 19, 2017 1:44 PM
**To:** Briggs, Jamie M; Felsing, Evan T (Beijing); Martin, Janice N; Andrews, Sharon H; Donnelly, Elizabeth A; Harris, Robert K; Browne, Noah; Mann, Judy H
**Cc:** Leiby, Thomas J (Beijing); Fritz, Jonathan D (Beijing); Beijing Econ Unit Chiefs; Davis, Pierce M (Beijing); Cook, Marc S; Leou, Nancy W (Shanghai); Smith, M Hanscom (Hanscom); Stone, Laura M; Brust, Frederick E; Klein, Christopher C; Kao, Pauline A (Shanghai); Whitaker, Frank (Beijing); Stein, Sean B; Davis, Pierce M (Beijing)
**Subject:** RE: Secretary Chao - Ethics Question

Jaime –

Tom/Evan – please advise if you've heard otherwise.

B5

**Official - SBU
UNCLASSIFIED**

**From:** Briggs, Jamie M
**Sent:** Thursday, October 19, 2017 1:39 PM
**To:** Felsing, Evan T (Beijing); Martin, Janice N; Andrews, Sharon H; Donnelly, Elizabeth A; Harris, Robert K; Browne, Noah; Mann, Judy H
**Cc:** Leiby, Thomas J (Beijing); Fritz, Jonathan D (Beijing); Beijing Econ Unit Chiefs; Davis, Pierce M (Beijing); Cook, Marc S; Leou, Nancy W (Shanghai); Smith, M Hanscom (Hanscom); Stone, Laura M; Brust, Frederick E; Voyles, Halima K; Klein, Christopher C; Kao, Pauline A (Shanghai); Whitaker, Frank (Beijing); Stein, Sean B; Davis, Pierce M (Beijing)

C06704930   IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704930  Date: 04/02/2019

**Subject:** RE: Secretary Chao - Ethics Question

Hi, Evan.  Thank you very much for bringing this to our attention.   We're looping in a couple of colleagues from our ethics office, Judy Mann and Noah Browne,

B5

B5

Best,
Jamie

**Official - SBU**
**UNCLASSIFIED**

**From:** Felsing, Evan T (Beijing)
**Sent:** Thursday, October 19, 2017 3:30 AM
**To:** Martin, Janice N; Andrews, Sharon H; Briggs, Jamie M; Donnelly, Elizabeth A; Harris, Robert K
**Cc:** Leiby, Thomas J (Beijing); Fritz, Jonathan D (Beijing); Beijing Econ Unit Chiefs; Davis, Pierce M (Beijing); Cook, Marc S; Leou, Nancy W (Shanghai); Smith, M Hanscom (Hanscom); Stone, Laura M; Brust, Frederick E; Voyles, Halima K; Klein, Christopher C; Kao, Pauline A (Shanghai); Whitaker, Frank (Beijing); Stein, Sean B; Davis, Pierce M (Beijing)
**Subject:** Secretary Chao - Ethics Question

Dear L colleagues,

Greetings from Beijing.  I am writing you because Mission China is in the midst of preparing for a visit from Department of Transportation Secretary Elaine Chao and

B5

B5

UNCLASSIFIED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704930  Date: 04/02/2019

C06704930 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704930  Date: 04/02/2019

B5

Secretary Chao is scheduled to arrive in Beijing on October 29, so this is very time sensitive.  We look forward to receiving your guidance as soon as possible.

Best regards,

Evan Felsing |冯以宏
**Acting Minister Counselor for Economic Affairs|经济参赞**
U.S. Embassy Beijing, Economic Section | 美国驻华大使馆经济处
E-mail | 电邮：FelsingET@state.gov
Tel | 电话：(86-10) 8531-3163

SBU
This email is UNCLASSIFIED.

UNCLASSIFIED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704930  Date: 04/02/2019

C06704931 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704931  Date: 04/02/2019

| | |
|---|---|
| **From:** | Briggs, Jamie M <Briggsjm2@state.gov> |
| **Sent:** | Thursday, October 19, 2017 12:23 PM |
| **To:** | Browne, Noah <BrowneN@state.gov> |
| **Subject:** | RE: Secretary Chao - Ethics Question |

**RELEASE IN PART
B5,B6**

Great.  Thanks, Noah.

**Official - Transitory
UNCLASSIFIED**

**From:** Browne, Noah
**Sent:** Thursday, October 19, 2017 12:07 PM
**To:** Briggs, Jamie M
**Subject:** RE: Secretary Chao - Ethics Question

You can loop in Judy Mann and me.

**Official - Transitory
UNCLASSIFIED**

**From:** Briggs, Jamie M
**Sent:** Thursday, October 19, 2017 12:04 PM
**To:** Browne, Noah
**Subject:** RE: Secretary Chao - Ethics Question

Thanks, Noah.  I'd like to loop in someone in your office on our reply.  Who should we loop in?

**Official - Transitory
UNCLASSIFIED**

**From:** Browne, Noah
**Sent:** Thursday, October 19, 2017 11:05 AM
**To:** Briggs, Jamie M
**Subject:** FW: Secretary Chao - Ethics Question

Just a heads-up that Baron forwarded me this email.                                                    B5

Happy to chat further...

**Official - SBU
UNCLASSIFIED**

**From:** Lobstein, Baron P (Beijing)
**Sent:** Thursday, October 19, 2017 5:32 AM
**To:** Browne, Noah
**Cc:** Felsing, Evan T (Beijing)
**Subject:** RE: Secretary Chao - Ethics Question

C06704931 IED U.S. Department of State Case No. F-2017-17100 Doc No. C06704931 Date: 04/02/2019

Noah,

Hello again from Beijing. Our section chief just sent the below message to some of your colleagues. I understand this issue may not fall directly under your purview in financial disclosures, but we wanted to make sure we were covering all of our bases.

All the best,
Baron

Baron Lobstein
Trade, Technology & Transportation Unit Chief
Economic Section, U.S. Embassy Beijing
Tel: +86-10-8531-4398 / BB: [                    ]          B6
LobsteinBP@state.gov

**Official - SBU**
**UNCLASSIFIED**

**From:** Felsing, Evan T (Beijing)
**Sent:** Thursday, October 19, 2017 3:30 PM
**To:** Martin, Janice N; Andrews, Sharon H; Briggs, Jamie M; Donnelly, Elizabeth A; Harris, Robert K
**Cc:** Leiby, Thomas J (Beijing); Fritz, Jonathan D (Beijing); Beijing Econ Unit Chiefs; Davis, Pierce M (Beijing); Cook, Marc S; Leou, Nancy W (Shanghai); Smith, M Hanscom (Hanscom); Stone, Laura M; Brust, Frederick E; Voyles, Halima K; Klein, Christopher C; Kao, Pauline A (Shanghai); Whitaker, Frank (Beijing); Stein, Sean B; Davis, Pierce M (Beijing)
**Subject:** Secretary Chao - Ethics Question

Dear L colleagues,

Greetings from Beijing. I am writing you because Mission China is in the midst of preparing for a visit from Department of Transportation Secretary Elaine Chao and [                    ]          B5

[                    ]          B5

C06704931 UNCLASSIFIED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704931  Date: 04/02/2019

B5

Secretary Chao is scheduled to arrive in Beijing on October 29, so this is very time sensitive.  We look forward to receiving your guidance as soon as possible.

Best regards,

Evan Felsing |冯以宏
**Acting Minister Counselor for Economic Affairs|经济参赞**
U.S. Embassy Beijing, Economic Section | 美国驻华大使馆经济处
E-mail | 电邮：FelsingET@state.gov
Tel | 电话：(86-10) 8531-3163

SBU
This email is UNCLASSIFIED.

C06704932 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704932  Date: 04/02/2019

| | |
|---|---|
| **From:** | Mann, Judy H <MannJH@state.gov> |
| **Sent:** | Thursday, October 19, 2017 12:00 PM |
| **To:** | Browne, Noah <BrowneN@state.gov> |
| **Subject:** | RE: Secretary Chao - Ethics Question |

**RELEASE IN PART B5,B6**

B5

If I can or should follow up, I'd be happy to, just let me know.

Thanks,

Judy H. Mann
Attorney-Adviser
L/Ethics and Financial Disclosure
Office of the Legal Adviser
U.S. Department of State
202-663-3098

**From:** Browne, Noah
**Sent:** Thursday, October 19, 2017 8:49 AM
**To:** Mann, Judy H
**Subject:** FW: Secretary Chao - Ethics Question

Judy – I'm sure that we'll be looped in on this by L/EAP, but I wanted to flag now.

B5

**Official - SBU**
**UNCLASSIFIED**

**From:** Lobstein, Baron P (Beijing)
**Sent:** Thursday, October 19, 2017 5:32 AM
**To:** Browne, Noah
**Cc:** Felsing, Evan T (Beijing)
**Subject:** RE: Secretary Chao - Ethics Question

Noah,

Hello again from Beijing.  Our section chief just sent the below message to some of your colleagues.  I understand this issue may not fall directly under your purview in financial disclosures, but we wanted to make sure we were covering all of our bases.

All the best,
Baron

Baron Lobstein
Trade, Technology & Transportation Unit Chief

C06704932 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704932  Date: 04/02/2019

Economic Section, U.S. Embassy Beijing
Tel: +86-10-8531-4398 / BB:                          B6
LobsteinBP@state.gov

**Official - SBU**
**UNCLASSIFIED**

**From:** Felsing, Evan T (Beijing)
**Sent:** Thursday, October 19, 2017 3:30 PM
**To:** Martin, Janice N; Andrews, Sharon H; Briggs, Jamie M; Donnelly, Elizabeth A; Harris, Robert K
**Cc:** Leiby, Thomas J (Beijing); Fritz, Jonathan D (Beijing); Beijing Econ Unit Chiefs; Davis, Pierce M (Beijing); Cook, Marc S; Leou, Nancy W (Shanghai); Smith, M Hanscom (Hanscom); Stone, Laura M; Brust, Frederick E; Voyles, Halima K; Klein, Christopher C; Kao, Pauline A (Shanghai); Whitaker, Frank (Beijing); Stein, Sean B; Davis, Pierce M (Beijing)
**Subject:** Secretary Chao - Ethics Question

Dear L colleagues,

Greetings from Beijing.  I am writing you because Mission China is in the midst of preparing for a visit from
Department of Transportation Secretary Elaine Chao and                                    B5

                                                                                        B5

Secretary Chao is scheduled to arrive in Beijing on October 29, so this is very time sensitive.  We look forward to receiving your guidance as soon as possible.

Best regards,

C06704932 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704932  Date: 04/02/2019

Evan Felsing |冯以宏
**Acting Minister Counselor for Economic Affairs**|经济参赞
U.S. Embassy Beijing, Economic Section | 美国驻华大使馆经济处
E-mail | 电邮：<u>FelsingET@state.gov</u>
Tel | 电话：(86-10) 8531-3163

SBU
This email is UNCLASSIFIED.

UNCLASSIFIED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704932  Date: 04/02/2019

C06704934 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704934  Date: 05/21/2019

| | |
|---|---|
| **From:** | Browne, Noah </o=SBUState/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Browne, Noah93e> |
| **Sent:** | Monday, October 23, 2017 6:06 PM |
| **To:** | Leiby, Thomas J (Beijing) <LeibyTJ@state.gov>; Felsing, Evan T (Beijing) <FelsingET@state.gov> |
| **Cc:** | Huitema, David P <HuitemaDP@state.gov> |
| **Subject:** | RE: Secretary Chao's Visit to China |

**RELEASE IN PART B5,B6**

Thanks.  And I meant Evan, not Ethan!

**Official**
**UNCLASSIFIED**

**From:** Leiby, Thomas J (Beijing)
**Sent:** Monday, October 23, 2017 6:05 PM
**To:** Browne, Noah; Felsing, Evan T (Beijing)
**Cc:** Huitema, David P; Leiby, Thomas J (Beijing)
**Subject:** Re: Secretary Chao's Visit to China

Noah:

Thank you for your email. I've been trying to get a clear response from DOT all evening to no avail. I'll be in touch as soon as I get more information, but we can share with you a proposed agenda that we had been working from.

Tom

Sent from my BlackBerry 10 smartphone.

**From:** Browne, Noah
**Sent:** Tuesday, October 24, 2017 4:55 AM
**To:** Felsing, Evan T (Beijing)
**Cc:** Leiby, Thomas J (Beijing); Huitema, David P
**Subject:** RE: Secretary Chao's Visit to China

Hi Ethan,

We just heard that Secretary Chao's trip may be back on after all.  Is that true?  In any event, we did have a conversation with the Designated Agency Ethics Official (DAEO) at the DOT, and this is what we know:

B5

C06704934 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704934  Date: 05/21/2019

B5

- 

Would it be possible to get a full breakdown of the proposed agenda and the participants in each event/meeting?  We'd like to make sure that we and our DOT ethics colleagues are operating from the same set of facts.

Best
Noah

**Official - SBU
UNCLASSIFIED**

**From:** Felsing, Evan T (Beijing)
**Sent:** Monday, October 23, 2017 9:00 AM
**To:** Browne, Noah
**Cc:** Leiby, Thomas J (Beijing)
**Subject:** Re: Secretary Chao's Visit to China

Noah,

I understand that Secretary Chao has now cancelled her trip.

Evan

Sent from my BlackBerry 10 smartphone.

**From:** Browne, Noah
**Sent:** Monday, October 23, 2017 20:47
**To:** Felsing, Evan T (Beijing)
**Subject:** RE: Secretary Chao's Visit to China

I hear you.

B5

-----Original Message-----
From: Felsing, Evan T (Beijing)
Sent: Saturday, October 21, 2017 3:53 AM
To: Browne, Noah
Subject: Fw: Secretary Chao's Visit to China

Noah,

B5

Evan

Sent from my BlackBerry 10 smartphone.

C06704934 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704934  Date: 05/21/2019

  Original Message
From: Kan, Derek (OST) <derek.kan@dot.gov>
Sent: Saturday, October 21, 2017 11:31
To: Felsing, Evan T (Beijing); Inman, Todd (OST); Furman, Jon (OST); McInerney, Marianne (OST); Traini, Joseph (OST); Abraham, Julie (DOT); Taylor-Hoes, Ronale
Cc: Leiby, Thomas J (Beijing); Olszowka, Adam R (Beijing); Cook, Marc S; Beijing Econ Unit Chiefs; Fritz, Jonathan D (Beijing); Leou, Nancy W (Shanghai); Whitaker, Frank (Beijing); Kao, Pauline A (Shanghai); Davis, Pierce M (Beijing); Smith, M Hanscom (Hanscom); Voyles, Halima K; Brust, Frederick E; Klein, Christopher C; Browne, Noah
Subject: RE: Secretary Chao's Visit to China


We've been working with Ethics throughout this planning process, [                                        ]          B5
[                                        ]

As you may know, [                              ]                                                          B5

-----Original Message-----
From: Felsing, Evan T (Beijing) [mailto:FelsingET@state.gov]
Sent: Friday, October 20, 2017 7:15 PM
To: Kan, Derek (OST) <derek.kan@dot.gov>; Inman, Todd (OST) <todd.inman@dot.gov>; Furman, Jon (OST) <jon.furman@dot.gov>; McInerney, Marianne (OST) <marianne.mcinerney@dot.gov>; Traini, Joseph (OST) <Joseph.Traini@dot.gov>; Abraham, Julie (OST) <Julie.Abraham@dot.gov>; Taylor-Hoes, Ronale <Ronale.Taylor-Hoes@dot.gov>
Cc: Leiby, Thomas J (Beijing) <LeibyTJ@state.gov>; Olszowka, Adam R (Beijing) <OlszowkaAR@state.gov>; Cook, Marc S <CookMS2@state.gov>; Beijing Econ Unit Chiefs <BeijingEconUnitChiefs@state.gov>; Fritz, Jonathan D (Beijing) <FritzJD@state.gov>; Leou, Nancy W (Shanghai) <LeouNW@state.gov>; Whitaker, Frank (Beijing) <WhitakerFJ@state.gov>; Kao, Pauline A (Shanghai) <KaoPA@state.gov>; Davis, Pierce M (Beijing) <DavisPM@state.gov>; Smith, M Hanscom (Hanscom) <SmithMH@state.gov>; Voyles, Halima K <VoylesHK@state.gov>; Brust, Frederick E <BrustFE@state.gov>; Klein, Christopher C <KleinCC@state.gov>; Browne, Noah <BrowneN@state.gov>
Subject: Re: Secretary Chao's Visit to China

Derek,

Great, please let us know as soon as the ethics office review is complete [                              ]          B5
[                                        ] We can then proceed with planning for this schedule.  Our ethics office
may follow up with their DOT colleagues if they have any questions. Thanks again.

Evan

Sent from my BlackBerry 10 smartphone.
From: Kan, Derek (OST)
Sent: Saturday, October 21, 2017 04:46
To: Felsing, Evan T (Beijing); Inman, Todd (OST); Furman, Jon (OST); McInerney, Marianne (OST); Traini, Joseph (OST); Abraham, Julie (DOT); Taylor-Hoes, Ronale
Cc: Leiby, Thomas J (Beijing); Olszowka, Adam R (Beijing); Cook, Marc S; Beijing Econ Unit Chiefs; Fritz, Jonathan D (Beijing); Leou, Nancy W (Shanghai); Whitaker, Frank (Beijing); Kao, Pauline A (Shanghai); Davis, Pierce M (Beijing); Smith, M Hanscom (Hanscom); Voyles, Halima K; Brust, Frederick E; Klein, Christopher C; Browne, Noah
Subject: RE: Secretary Chao's Visit to China


Evan,
Thanks for the note and thanks to Mission China for all of their hard work.  As AMB Branstad discussed with the Secretary a few weeks back, this is a unique opportunity to help U. S. Embassy access some of the highest levels of leadership in China and we are happy to help you to make this happen.

Regarding the participants for high-level meetings, we will have SEC Chao, AMB.[                              ]          B5
[                                        ] me, and Admiral Mark Buzby (MARAD Administrator).  These          B5
meetings will also be staffed by Julie Abraham from X. [                                        ]          B6
[                                        ]                                                                  B6

C06704934 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704934  Date: 05/21/2019

                                                                                              B5
In terms of the topics,                                                                       B6

                                                                                              B5

Further, it would be great to get a sense if Mission China has any issues they wish for us to put on the agenda.  We are happy    B5
to have the Secretary raise any matters the AMB/US Embassy wish.                               B5

Regarding due diligence and ethics officials, we've been conferring with our ethics officer and have a couple of loose ends to
wrap up.  Thanks for the heads up.
Let us know if you need anything else.  We'll give you a call later tonight.  Thanks again for your support.
Derek


From: Felsing, Evan T (Beijing) [mailto:FelsingET@state.gov]
Sent: Friday, October 20, 2017 1:56 AM
To: Kan, Derek (OST) <derek.kan@dot.gov>; Inman, Todd (OST) <todd.inman@dot.gov>; Furman, Jon (OST)
<jon.furman@dot.gov>; McInerney, Marianne (OST) <marianne.mcinerney@dot.gov>; Traini, Joseph (OST)
<Joseph.Traini@dot.gov>; Abraham, Julie (OST) <Julie.Abraham@dot.gov>; Taylor-Hoes, Ronale <Ronale.Taylor-
Hoes@dot.gov>
Cc: Leiby, Thomas J (Beijing) <LeibyTJ@state.gov>; Olszowka, Adam R (Beijing) <OlszowkaAR@state.gov>; Cook, Marc
S <CookMS2@state.gov>; Beijing Econ Unit Chiefs <BeijingEconUnitChiefs@state.gov>; Fritz, Jonathan D (Beijing)
<FritzJD@state.gov>; Leou, Nancy W (Shanghai) <LeouNW@state.gov>; Whitaker, Frank (Beijing)
<WhitakerFJ@state.gov>; Kao, Pauline A (Shanghai) <KaoPA@state.gov>; Davis, Pierce M (Beijing)
<DavisPM@state.gov>; Smith, M Hanscom (Hanscom) <SmithMH@state.gov>; Voyles, Halima K
<VoylesHK@state.gov>; Brust, Frederick E <BrustFE@state.gov>; Klein, Christopher C <KleinCC@state.gov>; Browne,
Noah <BrowneN@state.gov>
Subject: Secretary Chao's Visit to China

DOT Colleagues:

Mission China looks forward to Secretary Chao's upcoming visit to [                    ] from October 29-    B5
November 5 and to assisting in any way possible.  We are confident that her visit will be a great success.

In order to proceed with our efforts to set up Secretary Chao's official meetings, we need to know the identities of all
participants and the subject matter of the meetings.  It would be very helpful if we could get confirmation from you in
writing.

We will also need to conduct our own due diligence for these meetings here at the Embassy.  Part of that process involves
contacting our State Department ethics officials, and it's likely that they will reach out to DOT's ethics office.  If you've
already been in touch with your ethics officials, please provide us with a name.  Otherwise, our ethics officials will reach out
to your ethics officials in the course of normal due diligence.

Again, we look forward to supporting Secretary Chao's visit and ensuring that it is a success.  Given the short time frame we
are all facing, we hope that you can provide us with the requested information in writing by COB, Friday, October 20.

Best regards,


Evan Felsing |冯以宏
Minister Counselor for Economic Affairs|经济参赞
U.S. Embassy Beijing, Economic Section | 美国驻华大使馆经济处
E-mail | 电邮: FelsingET@state.gov<mailto:FelsingET@state.gov>


SBU
This email is UNCLASSIFIED.

**Official**

C06704934 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704934  Date: 05/21/2019

**UNCLASSIFIED**

C06704946 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704946  Date: 05/21/2019

| | |
|---|---|
| **From:** | Huitema, David P <HuitemaDP@state.gov> |
| **Sent:** | Tuesday, October 24, 2017 9:41 AM |
| **To:** | McManus, Katherine D <McManusKD@state.gov> |
| **Subject:** | RE: Secretary Chao's Visit to China |

**RELEASE IN PART**
**B5,B6**

Will do.

**Official - SBU**
**UNCLASSIFIED**

**From:** McManus, Katherine D
**Sent:** Tuesday, October 24, 2017 9:34 AM
**To:** Huitema, David P
**Subject:** RE: Secretary Chao's Visit to China

Thanks.  Kitty                                                                    B5

**Official - SBU**
**UNCLASSIFIED**

**From:** Huitema, David P
**Sent:** Tuesday, October 24, 2017 9:25 AM
**To:** McManus, Katherine D
**Subject:** FW: Secretary Chao's Visit to China

B5

**Official - SBU**
**UNCLASSIFIED**

**From:** Browne, Noah
**Sent:** Tuesday, October 24, 2017 8:41 AM
**To:** Huitema, David P
**Subject:** FW: Secretary Chao's Visit to China

And it's off again, apparently.

B5

**Official - SBU**
**UNCLASSIFIED**

**From:** Leiby, Thomas J (Beijing)
**Sent:** Tuesday, October 24, 2017 6:01 AM
**To:** Cook, Marc S; Felsing, Evan T (Beijing); Browne, Noah
**Cc:** Beijing Econ Unit Chiefs; Stein, Sean B; Kao, Pauline A (Shanghai); Cardno, Gwendolyn J (Shanghai); Leou,

C06704946 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704946  Date: 05/21/2019

Nancy W (Shanghai); Fritz, Jonathan D (Beijing); Olszowka, Adam R (Beijing); Whitaker, Frank (Beijing); Lee, Jinnie (Beijing); Grimes, Anne E (Beijing); Leiby, Thomas J (Beijing)
**Subject:** RE: Secretary Chao's Visit to China

Noah:

To close the loop, we learned this morning from DOT that Secretary Chao will not be traveling to China because of unexpected new demands on her schedule.

Thank you,

Tom

Thomas J. Leiby – 雷慕华  || Economic Officer – 经济官员  || Embassy of the United States in Beijing – 美国驻华大使馆
O: +86 10 8531 3824 || F: +86 10 8531 4949 || M: +86 186 0122 2847 || E: LeibyTJ@state.gov

**Official - SBU**
**UNCLASSIFIED**

**From:** Cook, Marc S
**Sent:** Tuesday, October 24, 2017 8:24 AM
**To:** Felsing, Evan T (Beijing); Browne, Noah
**Cc:** Beijing Econ Unit Chiefs; Stein, Sean B; Kao, Pauline A (Shanghai); Cardno, Gwendolyn J (Shanghai); Leou, Nancy W (Shanghai); Fritz, Jonathan D (Beijing); Leiby, Thomas J (Beijing); Olszowka, Adam R (Beijing); Whitaker, Frank (Beijing); Lee, Jinnie (Beijing); Grimes, Anne E (Beijing)
**Subject:** Re: Secretary Chao's Visit to China

B5

Separately, we'll forward the full notional schedule.

**From:** Felsing, Evan T (Beijing)
**Sent:** Tuesday, October 24, 2017 8:05 AM
**To:** Browne, Noah
**Cc:** Beijing Econ Unit Chiefs; Stein, Sean B; Kao, Pauline A (Shanghai); Cardno, Gwendolyn J (Shanghai); Leou, Nancy W (Shanghai); Cook, Marc S; Fritz, Jonathan D (Beijing); Leiby, Thomas J (Beijing); Olszowka, Adam R (Beijing); Whitaker, Frank (Beijing); Lee, Jinnie (Beijing); Grimes, Anne E (Beijing)
**Subject:** RE: Secretary Chao's Visit to China

Noah,

Still trying to get 100% confirmation about whether or not Secretary Chao will visit. In the meantime, to answer your questions:

C06704946 IED U.S. Department of State Case No. F-2017-17100 Doc No. C06704946 Date: 05/21/2019

B5

I'll ask Tom Leiby to try to track down a schedule and participant list for you immediately. Thanks again.

Evan

This email is UNCLASSIFIED.

---

**From:** Felsing, Evan T (Beijing)
**Sent:** Tuesday, October 24, 2017 7:43 AM
**To:** Stein, Sean B; Kao, Pauline A (Shanghai); Cardno, Gwendolyn J (Shanghai); Leou, Nancy W (Shanghai); Cook, Marc S; Fritz, Jonathan D (Beijing); Leiby, Thomas J (Beijing); Olszowka, Adam R (Beijing); Whitaker, Frank (Beijing); Lee, Jinnie (Beijing); Grimes, Anne E (Beijing)
**Cc:** Beijing Econ Unit Chiefs
**Subject:** Fw: Secretary Chao's Visit to China

Tom,

Let's talk first thing this AM.

Evan

Sent from my BlackBerry 10 smartphone.

---

**From:** Browne, Noah <BrowneN@state.gov>
**Sent:** Tuesday, October 24, 2017 04:54
**To:** Felsing, Evan T (Beijing)
**Cc:** Leiby, Thomas J (Beijing); Huitema, David P
**Subject:** RE: Secretary Chao's Visit to China

Hi Ethan,

We just heard that Secretary Chao's trip may be back on after all.  Is that true?  In any event, we did have a conversation with the Designated Agency Ethics Official (DAEO) at the DOT, and this is what we know:

B5

C06704946 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704946  Date: 05/21/2019

B5

Would it be possible to get a full breakdown of the proposed agenda and the participants in each event/meeting?  We'd like to make sure that we and our DOT ethics colleagues are operating from the same set of facts.

Best
Noah

**Official - SBU**
**UNCLASSIFIED**

**From:** Felsing, Evan T (Beijing)
**Sent:** Monday, October 23, 2017 9:00 AM
**To:** Browne, Noah
**Cc:** Leiby, Thomas J (Beijing)
**Subject:** Re: Secretary Chao's Visit to China

Noah,

I understand that Secretary Chao has now cancelled her trip.

Evan

Sent from my BlackBerry 10 smartphone.

**From:** Browne, Noah
**Sent:** Monday, October 23, 2017 20:47
**To:** Felsing, Evan T (Beijing)
**Subject:** RE: Secretary Chao's Visit to China

I hear you.

B5

-----Original Message-----
From: Felsing, Evan T (Beijing)
Sent: Saturday, October 21, 2017 3:53 AM
To: Browne, Noah
Subject: Fw: Secretary Chao's Visit to China

Noah,

B5

Evan

Sent from my BlackBerry 10 smartphone.
  Original Message

C06704946 IED U.S. Department of State  Case No. F-2017-17100  Doc No. C06704946  Date: 05/21/2019

From: Kan, Derek (OST) <derek.kan@dot.gov>
Sent: Saturday, October 21, 2017 11:31
To: Felsing, Evan T (Beijing); Inman, Todd (OST); Furman, Jon (OST); McInerney, Marianne (OST); Traini, Joseph (OST); Abraham, Julie (DOT); Taylor-Hoes, Ronale
Cc: Leiby, Thomas J (Beijing); Olszowka, Adam R (Beijing); Cook, Marc S; Beijing Econ Unit Chiefs; Fritz, Jonathan D (Beijing); Leou, Nancy W (Shanghai); Whitaker, Frank (Beijing); Kao, Pauline A (Shanghai); Davis, Pierce M (Beijing); Smith, M Hanscom (Hanscom); Voyles, Halima K; Brust, Frederick E; Klein, Christopher C; Browne, Noah
Subject: RE: Secretary Chao's Visit to China

We've been working with Ethics throughout this planning process, [                    ]    B5

As you may know, [                    ]

-----Original Message-----
From: Felsing, Evan T (Beijing) [mailto:FelsingET@state.gov]
Sent: Friday, October 20, 2017 7:15 PM
To: Kan, Derek (OST) <derek.kan@dot.gov>; Inman, Todd (OST) <todd.inman@dot.gov>; Furman, Jon (OST) <jon.furman@dot.gov>; McInerney, Marianne (OST) <marianne.mcinerney@dot.gov>; Traini, Joseph (OST) <Joseph.Traini@dot.gov>; Abraham, Julie (OST) <Julie.Abraham@dot.gov>; Taylor-Hoes, Ronale <Ronale.Taylor-Hoes@dot.gov>
Cc: Leiby, Thomas J (Beijing) <LeibyTJ@state.gov>; Olszowka, Adam R (Beijing) <OlszowkaAR@state.gov>; Cook, Marc S <CookMS2@state.gov>; Beijing Econ Unit Chiefs <BeijingEconUnitChiefs@state.gov>; Fritz, Jonathan D (Beijing) <FritzJD@state.gov>; Leou, Nancy W (Shanghai) <LeouNW@state.gov>; Whitaker, Frank (Beijing) <WhitakerFJ@state.gov>; Kao, Pauline A (Shanghai) <KaoPA@state.gov>; Davis, Pierce M (Beijing) <DavisPM@state.gov>; Smith, M Hanscom (Hanscom) <SmithMH@state.gov>; Voyles, Halima K <VoylesHK@state.gov>; Brust, Frederick E <BrustFE@state.gov>; Klein, Christopher C <KleinCC@state.gov>; Browne, Noah <BrowneN@state.gov>
Subject: Re: Secretary Chao's Visit to China

Derek,

Great, please let us know as soon as the ethics office review is complete [                    ]    B5
[                    ] We can then proceed with planning for this schedule.  Our ethics office may follow up with their DOT colleagues if they have any questions. Thanks again.

Evan

Sent from my BlackBerry 10 smartphone.
From: Kan, Derek (OST)
Sent: Saturday, October 21, 2017 04:46
To: Felsing, Evan T (Beijing); Inman, Todd (OST); Furman, Jon (OST); McInerney, Marianne (OST); Traini, Joseph (OST); Abraham, Julie (DOT); Taylor-Hoes, Ronale
Cc: Leiby, Thomas J (Beijing); Olszowka, Adam R (Beijing); Cook, Marc S; Beijing Econ Unit Chiefs; Fritz, Jonathan D (Beijing); Leou, Nancy W (Shanghai); Whitaker, Frank (Beijing); Kao, Pauline A (Shanghai); Davis, Pierce M (Beijing); Smith, M Hanscom (Hanscom); Voyles, Halima K; Brust, Frederick E; Klein, Christopher C; Browne, Noah
Subject: RE: Secretary Chao's Visit to China

Evan,
Thanks for the note and thanks to Mission China for all of their hard work.  As AMB Branstad discussed with the Secretary a few weeks back, this is a unique opportunity to help U. S. Embassy access some of the highest levels of leadership in China and we are happy to help you to make this happen.

Regarding the participants for high-level meetings, we will have SEC Chao, AMB. [                    ]    B5
[                    ] me, and Admiral Mark Buzby (MARAD Administrator).  These    B5
meetings will also be staffed by Julie Abraham from X. [                    ]    B6
[                    ]    B6

C06704946 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704946  Date: 05/21/2019

In terms of the topics,                                                                                    B5

Further, it would be great to get a sense if Mission China has any issues they wish for us to put on the agenda.  We are happy
to have the Secretary raise any matters the AMB/US Embassy wish.                                          B5
                                                                                                         B5

Regarding due diligence and ethics officials, we've been conferring with our ethics officer and have a couple of loose ends to
wrap up.  Thanks for the heads up.
Let us know if you need anything else.  We'll give you a call later tonight.  Thanks again for your support.
Derek


From: Felsing, Evan T (Beijing) [mailto:FelsingET@state.gov]
Sent: Friday, October 20, 2017 1:56 AM
To: Kan, Derek (OST) <derek.kan@dot.gov>; Inman, Todd (OST) <todd.inman@dot.gov>; Furman, Jon (OST)
<jon.furman@dot.gov>; McInerney, Marianne (OST) <marianne.mcinerney@dot.gov>; Traini, Joseph (OST)
<Joseph.Traini@dot.gov>; Abraham, Julie (OST) <Julie.Abraham@dot.gov>; Taylor-Hoes, Ronale <Ronale.Taylor-
Hoes@dot.gov>
Cc: Leiby, Thomas J (Beijing) <LeibyTJ@state.gov>; Olszowka, Adam R (Beijing) <OlszowkaAR@state.gov>; Cook, Marc
S <CookMS2@state.gov>; Beijing Econ Unit Chiefs <BeijingEconUnitChiefs@state.gov>; Fritz, Jonathan D (Beijing)
<FritzJD@state.gov>; Leou, Nancy W (Shanghai) <LeouNW@state.gov>; Whitaker, Frank (Beijing)
<WhitakerFJ@state.gov>; Kao, Pauline A (Shanghai) <KaoPA@state.gov>; Davis, Pierce M (Beijing)
<DavisPM@state.gov>; Smith, M Hanscom (Hanscom) <SmithMH@state.gov>; Voyles, Halima K
<VoylesHK@state.gov>; Brust, Frederick E <BrustFE@state.gov>; Klein, Christopher C <KleinCC@state.gov>; Browne,
Noah <BrowneN@state.gov>
Subject: Secretary Chao's Visit to China

DOT Colleagues:

Mission China looks forward to Secretary Chao's upcoming visit to                                    from October 29-    B5
November 5 and to assisting in any way possible.  We are confident that her visit will be a great success.

In order to proceed with our efforts to set up Secretary Chao's official meetings, we need to know the identities of all
participants and the subject matter of the meetings.  It would be very helpful if we could get confirmation from you in
writing.

We will also need to conduct our own due diligence for these meetings here at the Embassy.  Part of that process involves
contacting our State Department ethics officials, and it's likely that they will reach out to DOT's ethics office.  If you've
already been in touch with your ethics officials, please provide us with a name.  Otherwise, our ethics officials will reach out
to your ethics officials in the course of normal due diligence.

Again, we look forward to supporting Secretary Chao's visit and ensuring that it is a success.  Given the short time frame we
are all facing, we hope that you can provide us with the requested information in writing by COB, Friday, October 20.

Best regards,


Evan Felsing |冯以宏
Minister Counselor for Economic Affairs|经济参赞
U.S. Embassy Beijing, Economic Section | 美国驻华大使馆经济处
E-mail | 电邮 :  FelsingET@state.gov<mailto:FelsingET@state.gov>


SBU
This email is UNCLASSIFIED.

**Official**
**UNCLASSIFIED**

C06704946 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704946  Date: 05/21/2019

UNCLASSIFIED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06704946  Date: 05/21/2019

C06705460  UNCLASSIFIED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06705460  Date: 03/27/2019

| | |
|---|---|
| **From:** | Martin, Janice N <MARTINJN@state.gov> |
| **Sent:** | Thursday, October 19, 2017 8:20 AM |
| **To:** | Huitema, David P <HuitemaDP@state.gov> |
| **Subject:** | FW: Secretary Chao - Ethics Question |

RELEASE IN PART B5

As requested.

Janice Martin
Ethics Specialist
Financial Disclosure Division (L/EFD)
Office of the Legal Adviser
Department of State
2401 E Street, N.W.
SA-1, Room H-228
Washington, D.C. 20522
Phone: (202) 663-3099
Fax: (202) 663-3339
Email: martinjn@state.gov

**Official**
**UNCLASSIFIED**

**From:** Felsing, Evan T (Beijing)
**Sent:** Thursday, October 19, 2017 3:30 AM
**To:** Martin, Janice N; Andrews, Sharon H; Briggs, Jamie M; Donnelly, Elizabeth A; Harris, Robert K
**Cc:** Leiby, Thomas J (Beijing); Fritz, Jonathan D (Beijing); Beijing Econ Unit Chiefs; Davis, Pierce M (Beijing); Cook, Marc S; Leou, Nancy W (Shanghai); Smith, M Hanscom (Hanscom); Stone, Laura M; Brust, Frederick E; Voyles, Halima K; Klein, Christopher C; Kao, Pauline A (Shanghai); Whitaker, Frank (Beijing); Stein, Sean B; Davis, Pierce M (Beijing)
**Subject:** Secretary Chao - Ethics Question

Dear L colleagues,

Greetings from Beijing.  I am writing you because Mission China is in the midst of preparing for a visit from Department of Transportation Secretary Elaine Chao and we ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚  B5
⬚⬚⬚⬚⬚⬚⬚⬚

B5

C06705460 IED  U.S. Department of State  Case No. F-2017-17100  Doc No. C06705460  Date: 03/27/2019

B5

Secretary Chao is scheduled to arrive in Beijing on October 29, so this is very time sensitive.  We look forward to receiving your guidance as soon as possible.

Best regards,

Evan Felsing |冯以宏
**Acting Minister Counselor for Economic Affairs**|经济参赞
U.S. Embassy Beijing, Economic Section | 美国驻华大使馆经济处
E-mail | 电邮：FelsingET@state.gov
Tel | 电话：(86-10) 8531-3163


SBU
This email is UNCLASSIFIED.